No. 81–6081.   CERVI *v.* GEORGIA.   Sup. Ct. Ga.;

No. 81–6156.   WHITE *v.* TEXAS.   Ct. Crim. App. Tex.;

No. 81–6174.   FRANKLIN *v.* ZANT, SUPERINTENDENT, GEORGIA DIAGNOSTIC AND CLASSIFICATION CENTER.   Super. Ct. Ga., Butts County;

No. 81–6235.   THOMPSON *v.* SOUTH CAROLINA.   Sup. Ct. S. C.;

No. 81–6245.   SINGLETON *v.* ARKANSAS.   Sup. Ct. Ark.; and

No. 81–6353.   BASSETT *v.* VIRGINIA.   Sup. Ct. Va.   Certiorari denied.   Reported below: No. 81–6081, 248 Ga. 325, 282 S. E. 2d 629; No. 81–6156, 629 S. W. 2d 701; No. 81–6235, 278 S. C. 1, 292 S. E. 2d 581; No. 81–6245, 274 Ark. 126, 623 S. W. 2d 180; No. 81–6353, 222 Va. 844, 284 S. E. 2d 844.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 81–152.   WEIT ET AL. *v.* CONTINENTAL ILLINOIS NATIONAL BANK & TRUST COMPANY OF CHICAGO ET AL., 455 U. S. 988.   Petition for rehearing denied.   JUSTICE WHITE took no part in the consideration or decision of this petition.

No. 81–1724.   UPHAM ET AL. *v.* SEAMON ET AL., *ante*, p. 37.   Application for stay of the order of the United States District Court for the Eastern District of Texas, entered April 5, 1982, and motion to recall the judgment issued April 1, 1982, denied.   Petition for rehearing denied.

No. 81–5905.   LOWE *v.* NEW YORK CITY DEPARTMENT OF SOCIAL SERVICES, 455 U. S. 953.   Motion for leave to file petition for rehearing denied.